WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Avnet, Inc.; Avnet EMG AG, | No. CV-05-1953-PHX-LOA |
| Plaintiffs, | **ORDER** |
| vs. | |
| Gulf Insurance Company, | |
| Defendant. | |

Plaintiffs Avnet, Inc. and Avnet EMG AG (collectively, "Plaintiffs" or "Avnet") and Defendant The Travelers Indemnity Company as Successor-in-Interest by merger to the Gulf Insurance Company ("Defendant") having filed a joint stipulation of dismissal with prejudice in this Action,

**IT IS HEREBY ORDERED** that this Action is hereby dismissed with prejudice, with each party to bear its own costs.

DATED this 9th day of May, 2006.

Lawrence O. Anderson
United States Magistrate Judge